```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

**UNITED STATES OF AMERICA**

v.                                   CRIMINAL NO. 1:17-00195

**WINDEL LESTER**
**JAMES EDWARD LESTER**
**GEORGETTA KENNEY**
**GREG A. LESTER**

## MEMORANDUM OPINION AND ORDER

Pending before the court are a number of motions filed by counsel for Windel Lester and the United States.  ECF Nos. 200, 201, 202, 286, 291, 293, 303.

First, during voir dire, the court exercised its discretion pursuant to Federal Rules of Criminal Procedure Rule 24(b) and **DENIED** Windel Lester's Motion for Additional Preemptory Challenges.  See ECF No. 291; see also United States v. Meredith, 824 F.2d 1418, 1423 (4th Cir. 1987).

Second, because the court granted subsequent petitions for writs of habeas corpus ad testificandum by Windel Lester and the United States, (see ECF Nos 287, 288 298, 301), the court now **DENIES** as moot 1) Windel Lester's Amended Petition for Writ of Habeas Corpus Ad Testificandum for Steffan Howell, (ECF No. 286); and 2) United States' Petition for Writ of Habeas Corpus Ad Testificandum for David Reasby, (ECF No. 293).

Third, because inmate David Reasby never testified in this matter, the United States has represented to the court that it no long requires a protective order regarding an August 12, 2018 surveillance video depicting a "pod" inside South Central Regional Jail. Accordingly, the government's motion for this protective order is **DENIED** as moot. ECF No. 303.

Fourth and finally, since the trial in this matter concluded on August 22, 2018, the court **DENIES** as moot all motions upon which the court deferred judgment until trial. See ECF Nos. 200, 201, 202.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this Court.

**IT IS SO ORDERED** this 27th day of August 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge

2